# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 04-CR-20771-PCH

UNITED STATES OF AMERICA

     Plaintiff,

vs.

RONALD O. DAVIDOVIC,

     Defendant.

_____/

## ORDER GRANTING UNOPPOSED MOTION TO
## TERMINATE SEX OFFENDER REGISTRATION

THIS MATTER comes before the Court on Defendant Ronald O. Davidovic's Unopposed Motion to Terminate Sex Offender Registration (the "Motion") [D.E. 94], filed on September 11, 2018. The Court having reviewed the Motion and being fully advised, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED. Defendant's sex-offender registration period is hereby terminated.

DONE and ORDERED in Chambers in Miami, Florida, on September 27, 2018.

Paul C. Huck
United States District Judge

Copies furnished to:
All counsel of record