UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-20771-CR-HUCK-MCALILY

UNITED STATES OF AMERICA

 Plaintiff,

vs.

RONALD O. DAVIDOVIC,

 Defendant.
_____/

## ORDER GRANTING JOINT MOTION
## TO CORRECT AMENDED JUDGEMENT

THIS MATTER comes before the Court on the United States of America and Defendant Ronald O. Davidovic's Joint Motion to Correct Amended Judgment (the "Motion") [ECF No. 99] filed on January 25, 2019. Having reviewed the Motion and being otherwise duly advised, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED, the Amended Judgment in a Criminal Case entered by the Court on August 17, 2006, is corrected *nunc pro tunc*, such that the statement "Count(s) 2 is dismissed on the motion of the United States" is corrected to read "Count(s) 1 is dismissed on the motion of the United States." The Defendant's sex-offender registration period remains terminated and Defendant shall be removed from the sex-offender registry.

DONE and ORDERED in Chambers in Miami, Florida on January 28, 2019.

                Paul C. Huck
                United States District Judge

Copies furnished to:
All counsel of Record.